UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:14-CR-79 RLM |
| | ) | |
| GAIL WAYMIRE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 30, 2014. Accordingly, the court ADOPTS those findings and the recommendation, ACCEPTS defendant Gail Waymire's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:  November 18, 2014 

/s/ Robert L. Miller, Jr.
Judge
United States District Court